# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

**MEMO ENDORSED**

June 1, 2020

> 6/3/20
> Violation proceeding Adjourned to July 28, 2020 at 3pm.
> [signature: Colleen McMahon]

VIA FACSIMILE – (212) 805-6326 & ECF
Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Sean Fairclough**
      14-cr-00640 (CM)

Dear Honorable Judge McMahon:

Sean Fairclough is scheduled to appear before Your Honor on June 6, 2020 on a Violation of Supervised Release. Given the pandemic, the parties respectfully request that the matter be re-calendared to July 28, 2020.

Please know that Max Nicholas, the Assigned Assistant Attorney, as well as Probation Officer Adam Pakula have consented to our request.

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/ad

cc: AUSA Max Nicholas via email Max.Nicholas@usdoj.gov
    Adam Pakula via email Adam_Pakula@nysp.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/20