# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, FAX (718) 803-9764
Email: info@aielloandcannick.com

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/24/2020

July 21, 2020

MEMO ENDORSED:

Violation proceeding adjourned to September 21, 2020 @ 2:00 PM.

/s/ Colleen McMahon
7/24/2020

**VIA ECF**
Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Sean Fairclough**
    **14-cr-00640 (CM)**

Dear Honorable Judge McMahon:

Sean Fairclough is scheduled to appear before Your Honor on July 28, 2020 for a Status Conference on his Violation of Supervised Release. After consultation, the parties respectfully request that the matter be adjourned to the first week of August.

Thank you in advance for your consideration.

Respectfully submitted,

/s/ *Deveraux L. Cannick*
Deveraux L. Cannick

DLC/ad

cc: AUSA Max Nicholas via email Max.Nicholas@usdoj.gov
    Adam Pakula via email Adam_Pakula@nysp.uscourts.gov